UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERT 35, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMARI AVIATION LTD. c/o ABSOLUTE AVIATION (Pty) LTD., <br><br> Defendant. | CIVIL ACTION NO. 3:09-cv-0448 TJM-DEP |



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 23 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

## ORDER

Upon consideration of the Motion to Dismiss the Plaintiff's Complaint made by Defendant Amari Aviation Ltd. pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure (Docket Nos. 8 and 12), and the Plaintiff's response thereto (Docket No. 10), and for the reasons set forth on the record on July 14, 2009, it is hereby

ORDERED that Defendant's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**; Defendant's Motion to Dismiss is **GRANTED** to the extent Count II of Plaintiff's Complaint (Fraud/Misrepresentation) is hereby dismissed; the remainder of Defendant's Motion to Dismiss is **DENIED**; and Defendant shall file a responsive pleading within ten (10) days of the signing and filing of this Order.

SO ORDERED:

DATED: 7/23/09

　　　　　　　　　　　　　　　　　　Honorable Thomas J. McAvoy
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Northern District of New York

{H1145284.1}　　　　　　　　　1