**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**PERT 35, INC.,**

                 **Plaintiff,**

        **vs.**

**AMARI AVIATION LTD.**
**c/o Absolute Aviation (Pty) Ltd.,**

                **Defendant.**
_____

**Civil Action No.**
**3:09-CV-0448 (TJM/DEP)**

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

      The Hon. David E. Peebles, United States Magistrate Judge, has issued a Report

and Recommendation in the above-captioned matter wherein he recommends:

> that the answer of defendant Amari to plaintiff's complaint in this action,
> including its response to plaintiff's complaint, affirmative defenses, and
> counterclaim, Dkt. No. 26, be stricken, that plaintiff's application for the entry
> of default on the part of defendant Amari be GRANTED, and that the clerk
> be directed to enter default judgment in favor of plaintiff and against
> defendant in the amount of $988,980.00 USD.

March 5, 2010 Rep. & Rec., dkt. # 36.

      No objections to the Report and Recommendation have been filed, and the time to

do so has expired.   Having examined the record, the Court determines that the Report

and Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, the Court adopts the Report and Recommendation for the reasons stated

1

therein.

It is therefore,

**ORDERED** that the Answer of Defendant Amari to Plaintiff's Complaint in this action, including its response to Plaintiff's Complaint, affirmative defenses, and counterclaim, Dkt. No. 26, is **STRICKEN**; and it is further

**ORDERED** that Plaintiff's application for the entry of default on the part of Defendant Amari is **GRANTED**, and the Clerk of the Court is directed to **enter default judgment in favor of Plaintiff and against Defendant in the amount of $988,980.00 USD.**

**IT IS SO ORDERED**

DATED:  March 24, 2010

Thomas J. McAvoy
Senior, U.S. District Judge

2